IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAKIL L. GORDON,

          Appellant,

v.

STATE OF FLORIDA,

          Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1133

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Wakil L. Gordon, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.